# UNITED STATES DISTRICT COURT
for the
District of Maryland

☑ FILED ___ ENTERED
___ LOGGED ___ RECEIVED
4:26 pm, Nov 19 2020
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

FOUR CELLULAR PHONES CURRENTLY LOCATED AT 31 HOPKINS PLAZA, BALTIMORE, MARYLAND

Case No.  1:20-mj-2803 TMD

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of Maryland, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g) | Prohibited Person in Possession of a Firearm, |
| 21 U.S.C. §§ 841, 846 | Distribution and Possession with Intent to Distribute a Controlled Substance, Conspiracy |

The application is based on these facts:
See Affidavit in Support of Application for Search Warrant

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

CHRISTIAN AANONSEN
Digitally signed by CHRISTIAN AANONSEN
Date: 2020.10.29 15:30:11 -04'00'

*Applicant's signature*

Special Agent Christian Aanonsen, ATF
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date:  11/4/2020

*Judge's signature*

City and state:  Baltimore, Maryland     Honorable Thomas M. DiGirolamo, U. S. Magistrate Judge
*Printed name and title*